**FROMBERG SILK COMPANY, Inc., Plaintiff-Appellee, v. OSTROW & ZUCKERMAN, Inc., Morris Ostrow, and Maurice L. Zuckerman, Defendants-Appellants.**

Circuit Court of Appeals, Second Circuit.
January 7, 1929.

No. 111.

Bondy & Schloss, of New York City (Eugene L. Bondy, of New York City, of counsel), for appellants.

Emil Weitzner, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**W. B. GEARY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Fourth Circuit.
October 16, 1928.

No. 2748.

Arthur S. Dayton and H. V. Campbell, both of Charleston, W. Va., for petitioner.

Mabel W. Willebrandt, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, and V. J. Hefferman, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM. On stipulation of counsel, judgment modifying order of United States Board of Tax Appeals filed.

---

**GEORGE VAN CAMP & SONS COMPANY, Appellant, v. AMERICAN CAN COMPANY and the Van Camp Packing Company, Inc., Appellees.**

Circuit Court of Appeals, Seventh Circuit.
March 14, 1929.

No. 3948.

Solon J. Carter, of Indianapolis, Ind., for appellant.

Wm. H. Thompson, of Indianapolis, Ind., for appellees.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. After the oral argument of this cause, this court certified to the Supreme Court questions in accordance with the statute, which questions were answered by the Supreme Court in its opinion and judgment of January 2, 1929 (49 S. Ct. 112, 73 L. Ed. ——). These answers make necessary the reversal of the decree of the District Court and the remandment of this cause to that court for further proceedings in harmony with the answers to said questions.

Decree reversed, and cause remanded.

---

**GOODYEAR TIRE & RUBBER COMPANY, Inc., Plaintiff, Plaintiff in Error, v. Juan G. GALLARDO, Treasurer, Defendant, Defendant in Error.**

Circuit Court of Appeals. First Circuit.
August 15, 1928.

Nos. 2276, 2277.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon stipulation of counsel, it is ordered that this case be docketed and dismissed, and that mandate issue forthwith.